### PUNCH v. STATE.

No. 17828.

Court of Criminal Appeals of Texas.

Dec. 18, 1935.

Rehearing Denied Jan. 29, 1936.

E. E. Fuller, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for assault with intent to murder, punishment assessed at five years in the penitentiary.

The indictment properly charges the offense. The record is before us without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.